```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 21358
   CHARLES D NEUBAUER
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8553


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/27/05 and confirmed on 10/07/05.

   2.  The case was dismissed after confirmation, 08/17/2007.

   3.  The Debtor paid a total of $  12770.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT       INTEREST           PRINCIPAL
                                                                   PAID               PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG             .00               .00                 .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE        10712.21               .00            10712.21
CITIFINANCIAL             SECURED                   .00               .00                 .00
SALTA GROUP INC           SECURED                   .00               .00                 .00
WILL COUNTY TREASURER     SECURED                   .00               .00                 .00
AFNI INSURANCE SERVICES   UNSECURED          NOT FILED               .00                 .00
ARROW FINANCIAL SERVICES  UNSECURED          NOT FILED               .00                 .00
CENTER FOR NEUROLOGY      UNSECURED          NOT FILED               .00                 .00
RESURGENT CAPITAL SERVIC  UNSECURED            10638.25               .00                 .00
JOLIET RADIOLOGICAL SERV  UNSECURED          NOT FILED               .00                 .00
JOLIET RADIOLOGICAL SERV  UNSECURED          NOT FILED               .00                 .00
JOLIET RADIOLOGICAL SERV  UNSECURED          NOT FILED               .00                 .00
JOLIET RADIOLOGICAL SERV  UNSECURED          NOT FILED               .00                 .00
LOCKPORT TOWNSHIP         UNSECURED          NOT FILED               .00                 .00
OAK PRAIRIE SD            UNSECURED          NOT FILED               .00                 .00
ORLAND FIRE DEPT          UNSECURED          NOT FILED               .00                 .00
PALOS HEIGHTS FIRE DEPT   UNSECURED          NOT FILED               .00                 .00
MERCHANTS CREDIT GUIDE    UNSECURED          NOT FILED               .00                 .00
PELLETTIERI & ASSOC       UNSECURED          NOT FILED               .00                 .00
SRINUAS KATA              UNSECURED          NOT FILED               .00                 .00
------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT       INTEREST           PRINCIPAL
                                                                   PAID               PAID
------------------------------------------------------------------------------
STATE STREET DENTAL       UNSECURED          NOT FILED               .00                 .00
         Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED      PRIORITY      UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10712.21        .00       10638.25          .00       21350.46
PRINCIPAL PAID      10712.21        .00            .00          .00       10712.21
```

```
INTEREST PAID                   .00             .00         .00          .00            .00
TOTAL PAID                10712.21             .00         .00          .00       10712.21
```

The Debtor's attorney, JOHN C RENZI                    , was allowed $   2530.00
and was paid $    700.00  direct and $   1500.00  through the plan.

The Trustee received $     557.79 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE